No. 02–6551.   EURY *v.* JOHNSON ET AL.   C. A. 4th Cir.; and

No. 02–6552.   EURY *v.* MOHEAD ET AL.   C. A. 4th Cir.   Motions of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.   See this Court's Rule 39.8.

No. 02–6679.   MARBLY *v.* MAYOR, CITY OF SOUTHFIELD, MICHIGAN, ET AL.   C. A. 6th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.   See this Court's Rule 39.8.   As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.   See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*. JUSTICE STEVENS dissents.   See *id.*, at 4, and cases cited therein.

No. 02–6905.   TROBAUGH *v.* UNITED STATES.   C. A. 10th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.   See this Court's Rule 39.8.   As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.   See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*. JUSTICE STEVENS dissents.   See *id.*, at 4, and cases cited therein.

No. 02M40.   GLAIR *v.* BUTTS ET AL.; and

No. 02M41.   DAVIS, SUPERINTENDENT, INDIANA STATE PRISON *v.* ROCHE.   Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 01–1289.   STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. *v.* CAMPBELL ET UX.   Sup. Ct. Utah.   [Certiorari granted, 535 U. S. 1111.]   Motion of respondents to substitute special administrator and personal representative, and to recaption granted.